**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 07-102 |
| ) | |
| v. ) | |
| ) | |
| KENNETH D. PHELPS, III, ) | |
| ) | FILED UNDER SEAL |
| Defendant. ) | |
| ) | |

FILED
APR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### GOVERNMENT'S MOTION TO SEAL

The United States, by and through undersigned counsel appearing pursuant to Local Civil Rule 83.2(e) and Local Criminal Rule 44.5(e), respectfully moves this Court to seal the accompanying Indictment, Application for Arrest Warrant, this Motion to Seal, and the sealing Order, until the defendant is in custody or has been released pending trial. In support of its motion, the government states as follows:

The Rules provide that "the magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial." Fed. R. Crim. P. 6(e)(4). In this case, the public interest requires sealing because premature disclosure of the existence of the indictment could cause the defendant to flee or otherwise attempt to avoid arrest. Premature disclosure may also result in increased danger to those assigned to affect the arrest. Under these circumstances, it is reasonable to conclude that the indictment should be sealed until the arrest team has located the defendant. This should occur in the near future. At the first presentment in this case, the government will move to unseal the indictment. This procedure represents a reasonable balance between the common law qualified right of access to judicial records and the government's compelling interest in preserving the integrity of a federal criminal investigation and the safety of its investigators.

2

See <u>In the Matter of Eyecare Physicians of America</u>, 100 F.3d 514, 517 (7th Cir. 1996); <u>In the Matter of the Application and Affidavit for a Search Warrant, The Washington Post Co. v. Hughes</u>, 923 F.2d 324, 326-327 (4th Cir. 1991).

WHEREFORE, the government respectfully requests that the Court enter an Order sealing the Indictment in the above-captioned matter, this Motion to Seal, and the Court's Order to seal until further Order of the Court.

                                            Respectfully submitted,

                                            WILLIAM M. WELCH II
                                            Chief, Public Integrity Section

By:   */s/ Nicholas A. Marsh*
        NICHOLAS A. MARSH
        SHAUN M. PALMER
        Trial Attorneys
        Public Integrity Section
        Criminal Division
        U.S. Department of Justice
        10th and Constitution Ave. NW
        Washington, DC 20530
        202-514-1412
        202-514-3003 (facsimile)