**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 07-102 |
| v. | ) | |
| | ) | **FILED** |
| KENNETH D. PHELPS, III, | ) | |
| | ) | APR 19 2007 |
| Defendant. | ) | |
| | ) | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## ORDER

Upon consideration of the <u>Government's Motion to Seal</u> and for good cause shown, it is HEREBY ORDERED that the <u>Government's Motion to Seal</u> shall be, and hereby is, GRANTED, and that the Indictment, the Application for Arrest Warrant, this Motion to Seal, and the sealing Order shall remain under seal until further order of the Court.

Dated April 19, 2007

_____
UNITED STATES MAGISTRATE JUDGE