07-102(PLF)

**SEALED**

USA
vs
Kenneth D. Phelps, III

Documents
from
D.C. Superior Court

FILED
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2007 FDC 009133    File Date: 04/21/2007
UNITED STATES Vs. KENNETH D PHELPS
aka KENNETH D PHELPS III
PDID #: 598206
Lock up number: 28

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Cal. # _____
Case No. 07-CFDC-9133

United States of America
Kenneth Phelps
_____        _____
Defendant's name                  Defendant's address

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**
THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDGE

| | | |
|---|---|---|
| ☐ | PERSONAL PROMISE | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. |
| | $ _____ | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. |
| ☐ | SUPERVISORY CUSTODY | You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077 <br> SIGNATURE OF CUSTODIAN / Custodian's name / Custodian's address / Custodian's phone no. |
| ☒ | YOU ARE TO STAY | ☒ away from the complaining witness. 4/21/07 - 4/22/07 9pm to 6AM  ☐ within the D.C. area. |
| ☐ | YOU ARE TO LIVE | ☐ at _____ address _____ phone no <br> ☐ You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours. <br> ☐ Curfew is imposed at above address from ____ P.M. to ____ A.M. |
| ☐ | DRUGS | Report to D.C. Pretrial Services Agency, Room C-220, for: <br> ☐ Evaluation and if positive  ☐ Program placement by PSA <br> ☐ Placement in court ordered surveillance _____ <br> ☐ Enroll in  ☐ Maintain participation at  ☐ PSA  ☐ ADASA  ☐ Other <br> Refrain from illegal drug use. |
| ☐ | YOU ARE TO REPORT TO | ☐ D.C. Pretrial Services Agency  ☐ Weekly  ☐ Other ____  ☐ By Phone  ☐ In Person <br> ☐ Probation Officer  ☐ Weekly  ☐ Other ____  ☐ By Phone  ☐ In Person <br> ☐ Parole Officer  ☐ Weekly  ☐ Other ____  ☐ By Phone  ☐ In Person |
| ☐ | REVIEW | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions. |
| ☐ | YOU ARE TO | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. |
| ☒ | OTHER | Do not change address 4/21/07 to 4/22/07 |
| | MONEY BOND OF $_____ | ☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit the _____ in registry of the Court _____ %. <br> ☐ **SURETY BOND.** Upon execution of appearance bond with approved surety. |

**NEXT DUE BACK** on 4/23/07 in Courtroom E. Prettyman US Courthouse at 9 A.M.
If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077

YOUR ATTORNEY _____
address / phone no.

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**DEFENDANT'S SIGNATURE** ▶ /s/ Kenneth Phelps

**WITNESSED BY** DP  (title or agency) DCPSA

**IMPORTANT:** YOU ARE TO NOTIFY **IMMEDIATELY** THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

Date 4/21/07

**SO ORDERED**
Signature of Judge

Case: 2007 FDC 009133
DKT: RELCONCRM

WHITE - COURT JACKET    GREEN - D.C. PRETRIAL    YELLOW - ATTORNEY    PINK - U.S. ATTORNEY
FORM CD-1293/REV. MAY06

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES   TOT ~~2007~~

No._____   F 598206

Vs. Kenneth Phelps   USC 28   P.D.I.D. No._____

_____(Defendant)

☐ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: _____.

### COMMITMENT/RELEASE

☐ NO BOND
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: 4/23/07

✗ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: 4/23/07.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name:_____

Address:_____

Telephone No._____

DEFENDANT'S NAME: Kenneth Phelps

Address_____

Telephone N_____

DEFEN_____

DATE: 4/21/07   _____
                JUDICIAL OFFICER PRESIDING

white-court        yellow-usao        Pink-defense

CD-3026/Mar. 03

## DEFENDANT ELIGIBILITY RECOMMENDATION

I. NAME: _Kenneth Phelps_    NO. OF DEPENDENTS: _3_
   LOCK-UP NO. _28_    DATE: _4-21-07_    CHARGE: _18 USC-1343 False_

| | | | | |
|---|---|---|---|---|
| LIQUID ASSETS | | (Y) | STD. 5 AMOUNT | $ |
| OTHER ASSETS (1/4 EQUITY) | + $ | | STD. 4 AMOUNT | + $ |
| GROSS MONTHLY INCOME | + $ _1,200_ | | FEL. = $ | 1,500 |
| TOTAL AVAILABLE MONTHLY | $ _1,200_ | | MISD. = | 750 |
| | _1,200_ | | OTHER = | 400 |
| LESS: MONTHLY EXTRAORDINARY MEDICAL OR OTHER EXPENSES | − $ | | | |
| NET AVAILABLE MONTHLY (X) | | MINIMUM MONTHLY NEED (Z) $ | | |

IF X IS EQUAL OR LESS THAN Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ ELIGIBLE
IF X IS MORE THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ NOT ELIGIBLE
IF X IS MORE THAN Y BUT LESS THAN Z . . . . . . . . . . . . . . . . . . . . . . . . ☐ ELIGIBLE WITH CONTRIBUTION

---

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

☐ GROSS MONTHLY FAMILY INCOME IS MORE THAN Y

| | |
|---|---|
| GROSS MONTHLY FAMILY INCOME | $ |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | − |
| SUBTOTAL | $ |
| LESS: STANDARD 5 AMOUNT (Y) | − |
| SUBTOTAL | $ |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | − |
| SUBTOTAL | $ |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | X |
| TOTAL | $ |
| ADD: LIQUID ASSETS | + |
| OTHER ASSETS (1/4) EQUITY) | + |
| CONTRIBUTION CAPABILITY (CC) | $ |

**NOTES AND CALCULATIONS**
_Restaurant on Woodridge @ 3w x 4 1/2 Bahr Pay_

MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)]     STD 4 AMOUNT $

(DIVIDE MAXIMUM CONTRIBUTION BY <u>26</u> FOR FELONY CASE OR BY <u>13</u> FOR ANY OTHER CASE)

CONTRIBUTION PAYABLE WEEKLY AT $ _____ PER WEEK FOR _____ WEEKS.

**WARNING:**
YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

DEFENDANT _[signature]_    INTERVIEWER _[signature]_
                                                      NOTARY PUBLIC

DISTRIBUTION: WHITE COPY (COURT JACKET); GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT COURT JACKET); GREEN COPY (CJA OFFICE)