WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Kenneth David Phelps<br><br>DOB:            PDID# | DOCKET NO: 07-102     MAGIS. NO:<br><br>INDIVIDUAL TO BE ARRESTED<br><br>FILED<br>APR 2 3 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

WARRANT ISSUED ON THE BASIS OF:
- [ ] Order of Court
- [ ] Information
- [x] Indictment
- [ ] Complaint

DISTRICT OF ARREST

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Wire Fraud, False Statements

IN VIOLATION OF:  UNITED STATES CODE TITLE & SECTION: 18 U.S.C. 1343 (12 counts); 18 U.S.C. 1001 (12 counts)

BAIL FIXED BY COURT:             OTHER CONDITIONS OF RELEASE:

| ORDERED BY: DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE<br>Magistrate Judge Deborah A. Robinson | JUDGE/MAGISTRATE JUDGE<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>4/19/07 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE:<br>4/19/07 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |