UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       :
    Appellant.                  :      Criminal Case No.: 07-102
v.                              :      (PLF)
                                :
KENNETH D. PHELPS III,          :
                                :
    Defendant.                  :
_____:

**FILED**

MAY - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of G. Allen Dale, as retained counsel on behalf of defendant, Kenneth D. Phelps, III.

_____
G. ALLEN DALE - Bar No. 954537
601 Pennsylvania Avenue, N.W.
Suite 900 - North Building
Washington, D.C. 20004
(202) 638-2900
Facsimile: (202) 783-1654