UNSEALED

**WARRANT FOR ARREST**

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Kenneth David Phelps<br><br>DOB:           PDID# | DOCKET NO: 07-102   MAGIS. NO:<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>UNSEALED<br><br>FILED<br>APR 2 3 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF:<br>☐ Order of Court    ☐ Information<br>☒ Indictment       ☐ Complaint | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Wire Fraud, False Statements

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. 1343 (12 counts); 18 U.S.C. 1001 (12 counts) |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE<br>Magistrate Judge Deborah A. Robinson | JUDGE/MAGISTRATE JUDGE DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | DATE ISSUED: 4/19/07 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 4/19/07 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 4-23-07 | NAME AND TITLE OF ARRESTING OFFICER Richard Laskowski, DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE EXECUTED 4-23-07 | | |