CO-526
(Rev. 4/91)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          )
                                  )
                                  )
                vs.               )          Criminal No. 07-102
                                  )
        _D. Phelps, III_          )
                                  )

## WAIVER OF TRIAL BY JURY

    With the consent of the United States Attorney and the approval of the Court, the defendant hereby waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant
G. Allen Dale

I consent:

_____
United States Attorney

Approved:

_____
United States District Judge