UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Crim. No. 07-102 |
| | ) |
| v. | ) |
| | ) |
| Kenneth D. Phelps | ) |
| | ) |
| Defendant | ) |

FILED
JUL 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ADDENDUM AND CONCILIATION OF CIVIL VIOLATIONS
## UNDER JURISDICTION OF THE FEDERAL ELECTION COMMISSION

1.      Defendant acknowledges that the Federal Election Commission (FEC) has civil jurisdiction over the violations of the Federal Election Campaign Act of 1971, as amended (FECA), that are the subject matter of these proceedings. Defendant further acknowledges that the FEC has the authority to seek civil remedies against him for these violations pursuant to 2 U.S.C. § 437g(a)(5).

2.      Defendant admits that he knowingly and willfully violated 2 U.S.C. §§ 432(c)(5); 434(b)(4), (6)(B)(v) and 11 C.F.R. § 104.3(b) by failing to accurately account for and report disbursements made to himself in disclosure reports submitted on behalf of Lockheed Martin Employees' Political Action Committee.

3.      Defendant admits that he knowingly and willfully violated 2 U.S.C. § 432(b)(3) by commingling the funds of Lockheed Martin Employees' Political Action Committee with his personal funds.

4.      Defendant agrees to cease and desist from violating 2 U.S.C. §§ 432(b)(3), (c)(5); 434(b)(4), (6)(B)(v), and 11 C.F.R. § 104.3(b).

5.   Pursuant to 2 U.S.C. § 437g(a)(5)(B), the FEC may seek a civil penalty for knowing and willful violations of 2 U.S.C. §§ 432(b)(3), (c)(5); 434(b)(4), (6)(B)(v), and 11 C.F.R. § 104.3(b), of up to 200 percent of any contribution or expenditure involved in such violation. In light of the financial circumstances of the Defendant and his entering into the terms of the Plea Agreement, including paragraph 19 , the FEC seeks no civil penalty. However, Defendant is prohibited from working or volunteering in federal political campaigns in a capacity involving a committee's finances or disclosure reports for a period of 10 years from the date of the Plea Agreement.

FOR THE DEFENDANT

FOR THE FEDERAL ELECTION COMMISSION

THOMASENIA P. DUNCAN
General Counsel

_____ 6/25/2007
Kenneth D. Phelps

By: _____ 7/18/07
ANN MARIE TERZAKEN
Acting Associate General Counsel
 for Enforcement
Federal Election Commission