**HONORABLE PAUL L. FRIEDMAN**
**UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**



FILED

2007

...ON, CLERK

**ORDER TO SURRENDER**

UNITED STATES OF AMERICA

vs.

Kenneth D. Phelps III                                    Docket No.: CR 07-102-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that <u>Kenneth D. Phelps III</u> having been sentenced, on October 23, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to <u>FCI Cumberland</u>, in <u>Cumberland, MD</u> by 2 p.m., on <u>January 10, 2008</u>.

_____                               _____
Date                                                              PAUL L. FRIEDMAN
                                                                     UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____                               _____
**ATTORNEY/U.S. PROBATION OFFICER**          **DEFENDANT**

Revised 6-2004

(N)